## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

TYRONE GREEN,

     Plaintiff,

v.                                     Case No. 6:22-cv-276-RBD-DCI

WASTE PRO OF FLORIDA, INC.,

     Defendant.

_____

## <u>ORDER</u>

In this Fair Labor Standards Act case, the Court previously approved the parties' settlement. Plaintiff now moves the Court to determine his entitlement to fees and costs. (Doc. 26 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation submitting that the Court should grant the Motion. (Doc. 28 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 28) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.     Plaintiff's Motion (Doc. 26) is **GRANTED**.

3.     Plaintiff is **ENTITLED** to attorney's fees and costs under 29 U.S.C.

§ 216(b) as the prevailing party.

4.     Plaintiff is **DIRECTED** to file a supplemental motion on the amount

of fees and costs within forty-five days of the date of this Order,

pursuant to Local Rule 7.01(c).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September

15, 2022.

ROY B. DALTON JR.
United States District Judge